IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KELVIN JEROME MILES, #157867<br>Petitioner,<br>v.<br>STATE OF MARYLAND<br>Respondent. | *<br><br>* CIVIL ACTION NO. S-85-4492<br><br>*<br>*** |

## ORDER

This 28 U.S.C. § 2254 Petition for habeas corpus relief, attacking 1980 burglary, assault and battery, and attempted first degree rape convictions in the Circuit Court for Prince George's County, Maryland, was denied and dismissed with prejudice on October 14, 1988. Judgment was affirmed by the United States Court of Appeals for the Fourth Circuit on March 3, 1989.

On March 24, 2005, Petitioner filed a Motion for Preliminary Injunction and Temporary Restraining Order in this case. Paper No. 67. The Motion was denied on April 5, 2005, and the Clerk was directed to return any future motions filed by Petitioner.

On January 11, 2006, Petitioner filed a "Motion to Proceed to Request Documents from Archives In Forma Pauperis." Paper No. 69. He seemingly asks that Archive retrieval fee be waived that he be provided a free copy of his amendment and exhibits attached to his Motion to Vacate Judgment filed on March 9, 2005. *Id.* As the Motion does not seek affirmative relief related to the Petition, the pleading was accepted for filing and docketed. The request shall be granted in this one instance.[1] The retrieval fee shall be waived and the Clerk shall be directed to provide Petitioner a copy of Paper No. 65.

Accordingly, IT IS this 3rd day of February, 2006, by the United States District Court for the District of Maryland, hereby ORDERED that:

---

[1] Petitioner is reminded that he is responsible for maintaining a copy of his records.

SCANNED

1. Petitioner's "Motion to Proceed to Request Documents from Archives In Forma Pauperis" (Paper No. 69) IS GRANTED; and

2. The Clerk MAIL a copy of this Order and Paper No. 65 to Petitioner.

                                          /s/ _____
                                          William D. Quarles, Jr.
                                          United States District Judge