AUG 15 2006

August 14, 2006

United States District Court
For The District of Maryland
Pro Se Counsel
101 W. Lombard Street
Baltimore, Md. 21201

Re: Kelvin J. Miles v State of Md.
S-85-4492

Dear Counsel:

I filed an amendment and supplement to the above captioned referenced matter date June 27, 2006. Can you please inform me within ten days on the status of this motion?

Sincerely,
Kelvin J. Miles
MCI-H
18601 Roxbury Road
Hagerstown, Md. 21746

cc: Attorney General Office