In The United States District Court
For The District Of Maryland

Kelvin J. Miles
    v.    Civil Action No. S-85-4492
State of Maryland

Motion Request Hearing

  Pro se Petitioner request Evidentiary hearing on the "Amendment and Supplement Complaint" Filed in the above captioned in June 2006

  Wherefore, Petitioner prays that a hearing is granted as law and justice requires.

Kelvin J. Miles, 157867
MCI-H
18601 Roxbury Road
Hagerstown, Md. 21746

Certificate of service

I hereby certify, that a copy of this motion was mailed on 8-25-06 to Attorney General Office - 200 Saint Paul Place - Baltimore, Md. 21202.

Kelvin J. Miles