September 25, 2006

William K. Quarles Jr.
U.S. District Judge
U.S. District Court for Maryland
101 West Lombard Street
Baltimore, Md. 21201

Re: Kelvin J. Miles v State of Maryland
Civil Action No. S-85-4492

Dear Judge Quarles:

I filed an amendment and supplemental pleading in the above captioned matter dated June 27, 2006. Can you please schedule a hearing and appoint counsel in the above civil matter?

Sincerely,
Kelvin J. Miles
MCI-H, #15787
18601 Roxbury Road
Hagerstown, Md.
21746

CC: Attorney General Office