IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OCT 27 2006

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

KELVIN J. MILES

V.

STATE OF MARYLAND

Civil Action No. S-85-4492

Request Hearing
------------------

Pro se Petitioner Kelvin J. Miles moves this court for motion to request ~~hearing~~ hearing on the motion for amendment and supplemental pleading and bail hearing dated to this court in June 2006 and August 2006 in the above captioned matter.

Kelvin J. Miles, #157867
MCI*H
18601 Roxbury Road
Hagerstown, Md. 21746

Certificate of Service
I hereby certify, that a copy of this motion was mailed on October 25, 2006 to Attorney General Office at 200 Saint Pual Place Baltimore, Md. 21202.