# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                Reply to Northern Division Address

November 6, 2006

Kelvin J. Miles #157867
MCI-H, 18601 Roxbury Rd.
Hagerstown, MD 21746

Re: Case No. S-85-4492

Dear Counsel/Party:

The Clerk received your Motion for Judgment on the Pleadings on 11/1/06 ; however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**
- ☐ Member of Bar of this Court has not signed pleading.
- ☐ Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served.
- ☐ Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
- ☐ Discovery motions, responses and replies to motions must be filed **with original and two copies**.
- ☐ Depositions not to be filed unless in support of a motion.
- ☐ Discovery material received.
- ☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
- ☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
- ☐ Certificate of Service not affixed to pleading.
- ☐ Certificate of Service not dated.
- ☐ Certificate of Service not signed.
- ☐ Attachments or exhibits missing.
- ☐ Pleadings must be filed on 8½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Miscellaneous:**
- ☐ Pleading does not contain original signature(s).
- ☐ Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
- ☐ Incorrect caption or civil action number. Unable to match with case.
- ☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
- ☐ Pleading or paper must be filed electronically.
- ☒ Other. __This is a closed case.__

Very truly yours,

_/s/ William D. Quarles_
William D. Quarles
United States District Judge

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Return pleading letter

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NOV 0 1 2006
AT BALTIMORE
CLERK U.S. DISTRICT COURT

Kelvin J. Miles
v.                                   Civil Action No. S-85-4492
State of Maryland

## Motion For Judgment On The Pleading

Pro se Petitioner Kelvin J. Miles moves this court for "Motion For Judgment On The Pleading," pursuant to Fed. R. Civ. P. 12(c) in the above captioned Matter.

Petitioner ask the court to respond to his amendment and supplemental pleading, request for bail and request for hearing in the above captioned because these motion his been pending since dated 6-27-06.

Kelvin J. Miles, #157867
MCI-H
18601 Roxbury Road
Hagerstown, Md. 21746

### Certificate of Service

I hereby certify, that a copy of this motion was mailed on October 31, 2006 to Attorney General Office- 200 Saint Paul Place, Baltimore, Md. 21202.