UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Northern Division Address

November 6, 2006

Kelvin J. Miles #157867
MCI-H, 18601 Roxbury Rd.
Hagerstown, MD 21746

Re:   Case No. S-85-4492

Dear Counsel/Party:

The Clerk received your Motion in Further Support to Amendment and Supplemental Pleading on 11/3/06 ; however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**
- ☐ Member of Bar of this Court has not signed pleading.
- ☐ Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served.
- ☐ Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
- ☐ Discovery motions, responses and replies to motions must be filed **with original and two copies**.
- ☐ Depositions not to be filed unless in support of a motion.
- ☐ Discovery material received.
- ☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
- ☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
- ☐ Certificate of Service not affixed to pleading.
- ☐ Certificate of Service not dated.
- ☐ Certificate of Service not signed.
- ☐ Attachments or exhibits missing.
- ☐ Pleadings must be filed on 8 ½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Miscellaneous:**
- ☐ Pleading does not contain original signature(s).
- ☐ Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
- ☐ Incorrect caption or civil action number. Unable to match with case.
- ☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
- ☐ Pleading or paper must be filed electronically.
- ☒ Other.   This is a closed case.

Very truly yours,

William D. Quarles
United States District Judge

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Return pleading letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NOV 03 2006
AT BALTIMORE
U.S DISTRICT COURT

Kelvin J.Miles

v.                                    Civil Action No.S-85-4492

State of Maryland


Motion in Further Support to Amendment and
Supplemental Pleading
_____

   Pro se Petitioner Kelvin J.Miles moves this court for "Motion in Further Support to Amendment and Supplemental Pleading," dated to this court on June 26, 2006 pertaining to the above captioned matter.
   Petitioner states that his counselor Joseph Gibson entered his apperance for trial in the Circuit Court for Prince George's County on 4-16-80 and trial was had on 5-5-80. Said counselor did no investigation, interviewed none of the state witnesses or complainants before trial, said counsel was ineffective assistance of counsel. See attached motion to reopen post conviction and exhibits one and two and motion to alter or amend and exhibits one and two, and see cases cited in said motion. And Appellant Counsel Debra Hochman was ineffective assistance counsel for not investigatigating said trial and trial counsel.
   Petitioner states that he was indicted on August 20, 1979 in CT 20768 and did not go to trial until May 5,1980 over 120 days and over 180 days. See motion to reopen post conviction,alter or amend and exhibits and citations in said motions.
   Wherefore, Petitioner has exhausted his state remedies and pray that ahearing is held in this matter.

                                   *Kelvin J. Miles* (signature)
                                   Kelvin J.Miles,#15786
                                   MCI-H
                                   18601 Roxbury Road
                                   Hagerstown, Md.21746

Certificate of Service

   I Hereby certify, that a copy of this motion was mailed on 10-26-0_
to Attorney General Office.    *Kelvin J. Miles* (signature)