IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | |
|---|---|
| KELVIN JEROME MILES, #157867 * <br> Petitioner, <br> v.   * CIVIL ACTION NO. S-85-4492 <br><br> STATE OF MARYLAND   * <br> Respondent. <br>                              *** | |

## ORDER

This 28 U.S.C. § 2254 Petition for habeas corpus relief attacking 1980 burglary, assault and battery, and attempted first degree rape convictions in the Circuit Court for Prince George's County, Maryland was denied and dismissed with prejudice on October 14, 1988. Judgment was affirmed by the United States Court of Appeals for the Fourth Circuit on March 3, 1989.

In response to Petitioner's continuing penchant for filing post-judgment motions, on April 5, 2005, the Clerk was directed to return any and all future post-judgment motions presented by Petitioner. Paper No. 68. On June 29, 2006, and August 29, 2006, however, the Clerk accepted for filing Petitioner's Motion for Amendment and Supplemental Pleading and Motion for Bail hearing and Appointment of Counsel. Paper Nos. 71 & 74. These documents raise arguments attacking Petitioner's 1980 convictions. *Id.* Given this Court's prior ruling, the Motions shall be stricken from the docket. Again, all post-judgment motions shall be returned to Petitioner.

Accordingly, IT IS this _13_ day of November, 2006, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk SHALL STRIKE from the docket Petitioner's Motion for Amendment and Supplemental Pleading and Motion for Bail hearing and Appointment of Counsel; ( Paper Nos. 71 & 74);

2. Pursuant to prior court order, the Clerk SHALL RETURN any future post-judgment motions filed by Petitioner in this case; and

3. The Clerk SHALL MAIL a copy of this Order to all parties.

                                                    William D. Quarles, Jr.
                                                    United States District Judge