UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                    Reply to Northern Division Address

November 14, 2006

Mr. Kelvin J. Miles #157867
MCI-H
18601 Roxbury Rd.
Hagerstown, MD 21746

Re:   Case No. S-85-4492

Dear Mr. Miles:

The Clerk received your pleading on 11/08/06; however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**
☐ Member of Bar of this Court has not signed pleading.
☐ Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served.
☐ Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
☐ Certificate of Service not affixed to pleading.
☐ Certificate of Service not dated.
☐ Certificate of Service not signed.
☐ Attachments or exhibits missing.
☐ Pleadings must be filed on 8½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
☐ Discovery motions, responses and replies to motions must be filed with original and two copies.
☐ Depositions not to be filed unless in support of a motion.
☐ Discovery material received.
☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Miscellaneous:**
☐ Pleading does not contain original signature(s).
☐ Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
☐ Incorrect caption or civil action number. Unable to match with case.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☐ Pleading or paper must be filed electronically.
☒ Other.  <u>This case is closed. Per Order of Court, all future post-judgment pleadings will be returned.</u>

Very truly yours,

_____
William D. Quarles
United States District Judge

cc:  Other counsel/party

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2006 NOV 14 P 1:13
CLERK'S OFFICE
AT BALTIMORE
BY ____ DEPUTY

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE
NOV 04 2006
UNITED STATES DISTRICT JUDGE

November 4, 2006

Catherine C. Blake - U.S. District Judge
U.S. District Court For The
District of Maryland
101 West Lombard Street
Baltimore, Md. 21201

Joseph Curran - Attorney General
Office
200 Saint Paul Place
Baltimore, Md. 21202

Re: Kelvin D. Miles v. State of Maryland - Civil Action No. S-85-4492

Dear Ma'am/Sir:

I filed the attached motion for amendment and supplemental pleading and exhibits to this court and attorney General Office back in June 26, 2006. I contacted the court two weeks ago and the clerk stated there has been no decision made on said Civil Action No. S-85-4492