November 27, 2006

Clerk - US District Court
For the District of Maryland
101 West Lombard Street
Baltimore, Md. 21201

Re: Kelvin J. Miles v State of Md
Civil Action No. S-85-4492

Dear Clerk

I request to appeal in forma pauperis the denial of my amendment and supplemental pleading denied on 11-13-06 by Judge Quarles.

Thank you.

Kelvin J. Miles, #157867
MCI-H
18601 Roxbury Road
Hagerstown, Md. 21746

CC: Attorney General AJ Ziel

```
P/N      B32025           INMATE BANKING SYSTEM              DATE:  11/09/06
  PAGE    1                  INMATE INQUIRY                  TIME:   09:18
  DOC#:  157867     NAME:  MILES          KELVIN             SSNO:  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
  NOTE:  FROM 03 MP159
    DATE   CODEID    OP ID    REFERENCE
     CRTCOSTS        HOLD    CONTRBND     TRANS      RESERVE     ACTIVE      BALANCE
  11/03/06 21040014  C50581  PAYROLL OCT
         0.00        0.00       0.00        21.85      50.00      53.45       103.45
  10/25/06 88040001  C50417  BULLDOG FEDERAL
         0.00        0.00       0.00        75.00-     50.00      31.60        81.60
  10/17/06 89040009  C50417  T-NETIX
         0.00        0.00       0.00        10.00-     50.00     106.60       156.60
  10/16/06 60040117  C50417  SFN
         0.00        0.00       0.00        15.00-     50.00     116.60       166.60
  10/13/06 20040007  C50581  04*5730
         0.00        0.00       0.00        50.00      50.00     131.60       181.60
  10/10/06 60040134  C50417  SFN
         0.00        0.00       0.00        12.00-     50.00      81.60       131.60
  10/03/06 21040131  C50417  PAYROLL SEP
         0.00        0.00       0.00        19.00      50.00      93.60       143.60
  10/03/06 6804MD02  C50581  CO-PAY 8-23-06
         0.00        0.00       0.00         2.00-     50.00      74.60       124.60
  MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10  CLEAR=SIGN OFF
                                                                                   P/N
  B32025            INMATE BANKING SYSTEM               DATE:  11/09/06
  PAGE    2                  INMATE INQUIRY             TIME:   09:18
  DOC#:  157867     NAME:  MILES          KELVIN        SSNO:  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
  NOTE:  FROM 03 MP159
    DATE   CODEID    OP ID    REFERENCE
     CRTCOSTS        HOLD    CONTRBND     TRANS      RESERVE     ACTIVE      BALANCE
  09/27/06 20040004  C50417  04 4745
         0.00        0.00       0.00         1.44      50.00      76.60       126.60
  09/19/06 61040002  C50581  UPS
         0.00        0.00       0.00         7.78-     50.00      75.16       125.16
  09/14/06 88040003  C50417  BULLDOG FEDERAL
         0.00        0.00       0.00        25.00-     50.00      82.94       132.94
  09/14/06 88040002  C50417  FIRST LOOK PHOT
         0.00        0.00       0.00         1.44-     50.00     107.94       157.94
  09/14/06 89041004  K50877  T-NETIX
         0.00        0.00       0.00        10.00-     50.00     109.38       159.38
  09/13/06 60040105  C50417  SFN
         0.00        0.00       0.00        50.00-     50.00     119.38       169.38
  09/08/06 21040002  C50417  PAYROLL AUG
         0.00        0.00       0.00        21.85      50.00     169.38       219.38
  08/31/06 20040004  C50417  04 3325
         0.00        0.00       0.00        75.00      50.00     147.53       197.53
  MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10  CLEAR=SIGN OFF
```