## TRANSMITTAL SHEET
### (Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing<br>☐ Cross Appeal<br>  Interlocutory Appeal (s)<br>☐ Additional NOA<br>☐ Corrected Amended NOA<br>☐ Transmittal of Record<br>☐ Transmittal of Certificate<br>☐ Supplement to ROA<br>☐ Supplemental Certificate<br>☐ Other _____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>Caption:<br>Kelvin J. Miles<br>v.<br>Audrey E. Melbourne | District Court Case No. S85-cv-4492<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |
| | | |

**Part I**

Notice of appeal is enclosed to all parties (except appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.   NOA filed: 12/08/06 | 4.   Fees<br><br>                      X  no fee required (IFP)<br>$5 filing fee:                 paid     unpaid<br>$250 docketing fee:       paid   unpaid |
| 2.   Amended NOA filed: | Pauper status:      ☐ granted  ☐ denied   ☐ pending in District Court<br>Does PLRA apply?       ☐ yes ☐ no    ☐ 3 strikes?      ☐ yes   ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3.   District Judge: J. Frederick Smalkin | 5.   Materials Under Seal in District Court?    yes     no<br><br>       Party Names Under Seal in District Court?     ☐ yes   x no |
| 6. Official Court Reporter(s)<br><br><br><br> Coordinator(s):<br> Nadine Mercer | 7.   Transcript<br><br>   In-Court Hearing Held?          yes    no<br><br>8.   Criminal/Prisoner Cases<br><br>☐ recalcitrant witness       Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

| | |
|---|---|
| **Part II** | **TRANSMITTAL OF RECORD TO COURT OF APPEALS** |

| ORIGINAL RECORD | | SUPPLEMENT TO RECORD - SUPPLEMENT # | |
|---|---|---|---|
| Pleadings: | Vols. | Pleadings: | Vols. |
| Transcript: | Vols. | Transcript: | Vols. |
| Exhibits: | Vols. | Exhibits: | Vols. |
| Depositions: | Vols. | Depositions: | Vols. |
| State Ct. Record: | Vols. | State Ct. Record: | Vols. |
| Sealed: | Vols. | Sealed: | Vols. |
| No. of Boxes | | No. of Boxes | |

Deputy Clerk: Nadine Mercer       Phone:   (410) 962-3986       Date: 12/14/06