JUDGMENT

FILED: July 10, 2007

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 06-8044
1:85-cv-04492-FNS

KELVIN J. MILES

      Petitioner - Appellant

v.

AUDREY E. MELBOURNE

      Respondent - Appellee

---

Appeal from the United States District Court for the
District of Maryland at Baltimore

---

In accordance with the written opinion of this Court filed this day, the Court dismisses the appeal.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
_____
CLERK