UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-8044

KELVIN J MILES,

           Petitioner - Appellant,

versus

AUDREY E. MELBOURNE,

           Respondent - Appellee

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, Senior District Judge. (1:85-cv-04492-FNS)

Submitted: **May 30, 2007**        Decided: **July 10, 2007**

Before NIEMEYER, MOTZ and TRAXLER, Circuit Judges

Dismissed by unpublished per curiam opinion

Kelvin J. Miles, Appellant Pro Se

Unpublished opinions are not binding precedent in this circuit

PER CURIAM:

Kelvin J Miles appeals the district court's order: striking from the docket Miles' "Motion for Amendment and Supplemental Pleading and Motion for Bail Hearing and Appointment of Counsel;" and (2) ordering future post-judgment motions in this matter returned to Miles. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court  Miles v. Melbourne, No. 1:85-cv-04492-FNS (D. Md. filed Nov. 13, 2006; entered Nov 14, 2006)  We deny the motions for appointment of counsel and for expedited treatment and dispense with oral argument because the facts and legal contentions adequately presented in the materials before the court and argument would not aid the decisional process

DISMISSED