```
              UNITED STATES COURT OF APPEALS

                  FOR THE FOURTH CIRCUIT
                                              FILED
                                          July 10, 2007


                    No. 06-8044
                    1:85-cv-04492-FNS         AUG 3 1 2007

KELVIN J. MILES

         Petitioner - Appellant

   v.

AUDREY E. MELBOURNE

         Respondent - Appellee



                       O R D E R


     The Court denies a certificate of appealability


                          For the Court


                          /s/  Patricia S. Connor
                          _____
                                   CLERK
```

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
       Deputy Clerk