UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 30, 2007

No. 06-8044
1:85-cv-04492-FNS

\_\_\_\_\_ FILED  \_\_\_\_\_ ENTERED
\_\_\_\_\_ LODGED  \_\_\_\_\_ RECEIVED

AUG 3 1 2007

AT B/4    MORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

KELVIN J. MILES

    Petitioner - Appellant

v.

AUDREY E. MELBOURNE

    Respondent - Appellee

M A N D A T E

The judgment of this Court, entered 7/10/07, takes effect this date.

A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

/s/ Patricia S. Connor
------------------------
CLERK